AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

BangBros.com, Inc.

*Plaintiff*

v.

Civil Action No.

(If the action is pending in another district, state where: )

*Defendant*

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: TrafficFactory.biz

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: Those documents and things described in Exhibit A hereto

| Place: Randazza Legal Group<br>2 South Biscayne Blvd., Suite 2600<br>Miami, Florida 33131 | Date and Time: |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: _____

CLERK OF COURT

OR

_____   _____
*Signature of Clerk or Deputy Clerk*          *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* __BangBros.com, Inc.__ , who issues or requests this subpoena, are:

Jason A. Fischer; 2 South Biscayne Blvd., Suite 2600; Miami, Florida 33131; jaf@randazza.com; 888-667-1113

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. _____

In re BangBros.com, Inc.: The identification
of Subscriber Pursuant to the Digital
Millennium Copyright Act

_____/

**Exhibit A to Subpoena**
**Commanding Production by TrafficFactory.biz**

Items and information requested pursuant to this subpoena are any and all information in your possession pertaining to the identity of the individuals who posted the advertisement previously available at the following URL:

http://media.trafficfactory.biz//banners/59/61a973546cde9daed3fefdc21ee96836.gif

The information requested herein includes but is not limited to:

a. The individuals' names
b. The individuals' addresses
c. The individuals' phone numbers
d. The individuals' email addresses
e. Billing information for individuals' advertiser account
f. The physical address and phone number of the individuals' business

Jason A. Fischer <jaf@randazza.com>   October 1, 2013  3:44 PM
To:  Robert Carroll
Infringing Banner Ad

Robert,

I hope you don't mind me reaching out to you directly.  I had your contact information from a prior matter relating to ads that appeared on XVideos, and I have a similar issue that I'd like to raise with you today.  This law firm has the privilege of representing BangBros.com, Inc. (the "Company"), owner and operator of the adult entertainment subscription site having the same name.  Recently, the Company has discovered a banner ad on XVideos that incorporates an animated GIF that has been created using video materials owned by the Company.  Below is the URL to the animated GIF file currently displayed on XVideos:

http://media.trafficfactory.biz//banners/59/61a973546cde9daed3fefdc21ee96836.gif

For your ease of comparison, here is a link to a watermarked still image from the original video:

https://dl.dropboxusercontent.com/u/25394940/big3.jpg

When a user clicks on the live ad, their browser is directed through the following sequence of links:
1) http://rpc-php.trafficfactory.biz/click/eyJpZF90cmFja2VyIjoiZTJkYTZmYmNiMmY3NjkwMGY3MGEwOTk0M2I0MGViNjYiLCJ0aW1lc3RhbXAiOjEzODA2Mzg3NzMsImlkX2NhbXBhaWduIjoiMjkwMTUiLCJpZF91c2VyIjoiNTkiLCJpZF9iYW5uZXIiOjExNzkxNCwiaWRfdGFyZ2V0Ijo2NTczNywiYmlkIjoiMC4xNTAwMDAwMDAwIiwiaXNfcGUljpmYWxzZSwiaWRfc2l0ZSI6MSwiaWRfY2F0X2xpc0QiOls0LDM3LDM4LDQ1XSwiY29udmVyX3R5cGVfaWQiOjlsImNvX3RyYWNrZXIiOilifQ==/02aaa3a98fd0a7ea0286d18cfc15b40d
2) http://www.eltrafiko.com/www/delivery/i.php?id=2400&zid=4000&bid=301000&t=4&e=1
3) http://www.myweirdsextrick.com/mystory.php?s=s12z20b1505&r_id=jason1&e=1
4) http://www.myweirdsextrick.com/jumpto.php?s=s12z20b1505&e=1
5) http://www.myweirdsextrick.com/porn2/index2.php?s=mbil1-&e=

The advertiser who provided this banner has never been given permission to use the

Company's copyrighted material. Please accept this communication and my statement on behalf of the Company that I have a good faith belief that the use of the copyrighted materials described above is not authorized by the copyright owner, its agent, or the law. Accordingly, we request that this ad be disabled and that you provide us with contact information for the advertiser, so that we may address the Company's claim for relief directly.

I swear, under penalty of perjury, that the information in this notification is accurate and that I am authorized to act on behalf of the owner of an exclusive right that is infringed. Should you require additional information please feel free to contact me by phone or email.

Regards.

/s/Jason A. Fischer

By typing "/s/" followed by my name above, I hereby adopt that electronic signature as my own, pursuant to 15 U.S.C. ẞ 7001 (the "ESIGN Act"), and affirmatively consent to its use as such.

Jason A. Fischer*
**Randazza Legal Group**

2 South Biscayne Boulevard, Suite 2600
Miami, Florida 33131
Toll Free: 888.667.1113
email: jaf (at) randazza (dot) com
eFax: 305.397.2772

Other Office: Las Vegas
http://www.randazza.com

The information contained in this message may be privileged, confidential and/or exempt from disclosure under applicable law. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or reproduction of any information contained herein or attached to this message is strictly prohibited. If you have received this email in error, please immediately notify the sender and destroy the original transmission and its attachments in their

entirety, whether in electronic or hard copy format, without reading them. Thank you.

---

\* Licensed in FL and CA only.

## AFFIDAVIT

STATE OF FLORIDA
COUNTY OF MIAMI-DADE

Before me, the undersigned authority, personally appeared Jason A. Fischer, who is personally known to me, and after being duly sworn, stated:

1. My name is Jason A. Fischer.

2. On October 7, 2013, I prepared and submitted a subpoena (the "Subpoena"), pursuant to 17 U.S.C. § 512(h), to the Clerk of the U.S. District Court for the District of Connecticut.

3. I do swear under penalty of perjury that the Subpoena sought is to obtain the identity of an alleged copyright infringer and that such information will only be used for the purpose of protecting the copyrights of BangBros.com, Inc.

4. I have personal knowledge of all facts set forth in this Affidavit.

5. The facts set forth in this Affidavit are true and correct.

FURTHER AFFIANT SAYETH NAUGHT.

_____
JASON A. FISCHER

SWORN TO AND SUBSCRIBED before me on October 11, 2013, by Jason A. Fischer, who is personally known to me.

_____
Notary Public

Print Name: Mark J. Bryn

MARK J. BRYN
Commission # DD 949125
Expires December 29, 2013
Bonded Thru Troy Fain Insurance 800-385-7019